**Order entered December 2, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00768-CV

### IN THE GUARDIANSHIP OF RICHARD W. THOMPSON, JR.,
### AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. GA1-0261-2018**

## ORDER

We **REINSTATE** this appeal which was previously abated pending resolution of appellant's motion to transfer.

Before the Court is appellant's October 11, 2022 second motion for an extension of time to file the clerk's record. We **GRANT** the motion and extend the deadline to **January 3, 2023**. We caution appellant that if the clerk's record is not filed by January 3, 2023 due to non-payment, we will dismiss the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 37.3(b).

Also before the Court are appellant's October 4, 2022 motion for an extension of time to file the reporter's record and the October 6, 2022 second

request of Court Reporter Sharon Pearson for an extension of time to file the reporter's record. We **GRANT** the motion and request **only to the extent** that we extend the time to **January 3, 2023**. We caution appellant that if the reporter's record is not filed by January 3, 2023 due to non-payment, we will order the appeal be submitted without the reporter's record. *See id*. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Collin County Clerk Stacey Kemp; Ms. Pearson; and, all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE